# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD M. BIRD, et al., | No. 2:18-CV-0974-MCE-CMK |
| Plaintiffs, | |
| vs. | <u>ORDER</u> |
| JERRY BROWN, et al., | |
| Defendants. | |
| _____/ | |

Plaintiffs, who are proceeding pro se, bring this civil action. Good cause appearing therefor, the scheduling conference currently set for September 12, 2018, in Redding, California, is hereby taken off calendar pending final ruling on defendants' motion to dismiss.

IT IS SO ORDERED.

DATED: August 23, 2018

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE